7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  LC nmi Myrick
*Debtor*

*Bankruptcy Case No.*
15−41657−abf7

**First National Bank of Omaha**
   Plaintiff(s)

*Adversary Case No.*
15−04121−abf

v.

**LC nmi Myrick**
   Defendant(s)

## JUDGMENT

　　　The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment of Nondischargeability is entered against Debtor LC Myrick, and in favor of First National Bank of Omaha. The Sum of $3,716.31 is nondischargeable pursuant to 11 U.S.C. Section 523(a)(2).

　　　　　　　　　　　　　　　　　　　　　　PAIGE WYMORE−WYNN
　　　　　　　　　　　　　　　　　　　　　　Acting Court Executive

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Sharon Greene
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk



Date of issuance: 9/28/15

Court to serve